NTF
Rev. 11/07

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Karl Roller**
 7072 Heron Cir
Carlsbad, CA 92011
xxx–xx–0764
*No Known Aliases*

Case number:  12–02110–MM13
Chapter:  13
Judge  Margaret M. Mann

**Paula Averitt Roller**
 7072 Heron Cir
Carlsbad, CA 92011
xxx–xx–5782
*No Known Aliases*

## Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **3** filed on: **1/16/12**   Title of Document: **CERTIFICATE OF CREDIT COUNSELING FOR DEBTOR...KARL ROLLER...**

Pursuant to General Order 162, Federal Rules of Procedure and/or Local Bankruptcy Rules, the following errors or deficiencies have been found with your filed document:

**ACTION TAKEN BY COURT**

☐ Aty/Debtor(Pro Se)/Movant contacted on          via  ☐ Tel/Voice Mail      ☐ Email   ☐ Mail or Other

**ACTION REQUIRED BY FILER**

**Amended document MUST BE FILED and RE–SERVED if applicable**

**OTHER:** *** CERTIFICATE NEEDS TO BE REFILED WITH CORRECT NAME OF DEBTOR...KARL ROLLER ***

Dated: 2/17/12

Barry K. Lander
Clerk of the Bankruptcy Court

United States Bankruptcy Court
Southern District of California

In re:                                                                 Case No. 12-02110-MM
Karl Roller                                                            Chapter 13
Paula Averitt Roller
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0974-3          User: mrodrigue          Page 1 of 2          Date Rcvd: Feb 17, 2012
                              Form ID: 185             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2012.
db            +Karl Roller,   7072 Heron Cir,   Carlsbad, CA 92011-3975

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2012**                        **Signature:** _Joseph Speetjens_

```
District/off: 0974-3          User: mrodrigue              Page 2 of 2                  Date Rcvd: Feb 17, 2012
                              Form ID: 185                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2012 at the address(es) listed below:
          David L. Skelton    admin@ch13.sdcoxmail.com;dskelton13@ecf.epiqsystems.com
          Timothy C. Bryson   on behalf of Debtor Karl Roller timlaw@msn.com
          United States Trustee    ustp.region15@usdoj.gov
          TOTAL: 3